1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 TYLER CLARK,                    )   No.  EDCV 09-1883 JC
11                                 )
12     Plaintiff,                  )   [PROPOSED] ORDER AWARDING
                                   )   EAJA FEES
13     v.                          )
14                                 )
   MICHAEL J. ASTRUE,              )
15 Commissioner Of Social Security,)
16                                 )
       Defendant.                  )
17 _____ )

18
       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
       IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20
   THOUSAND NINE  HUNDRED SEVENTY FIVE  DOLLARS AND 00/100
21
   ($2,975.00) subject to the terms of the stipulation.
22
       DATE:     December 20, 2010
23
                             _____/s/_____
24
                             HON.JACQUELINE CHOOLJIAN
25                           UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-